# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| Yurysant Lopez<br><br>Plaintiff,<br><br>v.<br><br>Focus Receivables Management, LLC<br><br>Defendant. | Case No. 1:12-cv-20173-JAL<br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter have reached a settlement. Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow time for the parties to execute the settlement agreement.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, LLP

By:   /s/ Adela D. Estopinan
      Adela D. Estopinan
      Bar # 25939
      701 SW 27th Avenue, #1209
      Miami, FL 33135
      Telephone:  866-339-1156
      Email: aestopinan@maceybankruptcylaw.com
      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.

Notice of this filing was sent by placing a copy of the same in the U.S. Mail on March 14, 2012, addressed as follows:

Matthew Rabin, Esq.
Douberley & Cicero
1000 Sawgrass Corporate Parkway
Suite 590
Sunrise, FL 33323
Attorney for Defendant

*/s/ Adela D. Estopinan*